■     S. S. SILBERBLATT, INC., Appellant, v AMERICAN PECCO CORPORATION et al., Defendants, and PEINER MASCHINEWERKE, AG., Respondent.—Order, Supreme Court, New York County, entered on January 10, 1977, and the judgment entered thereon on February 24, 1977, unanimously affirmed for the reasons stated by Stecher, J., at Special Term, and the respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur —Lupiano, J. P., Birns, Lane, Sandler and Sullivan, JJ.